IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02303-MSK-MJW

RAYMOND ANTHONY LEWIS, on behalf of himself and the inmates who are or may in
the future be incarcerated at the Adams County Detention Facility (ACDF), and
AKINYELE CHATMAN, a.k.a "A-1,"

      Plaintiffs,

v.

DOUG DARR, Sheriff of Adams County,
CLINTON TWEDEN, Sheriff's Lieutenant, Adams County,
MELANIE GREGORY, Technical Services Manager for Adams County Detention
      Facility-A.C.D.F.,
STERRITT FULLER, Programs Coordinator, ACDF,
CANDACE WUCHTER, Programs Specialist/Law Assistant, ACDF,
MARTHA ELLIS, Programs Specialist/Law Assistant, ACDF,
LORRI HUFF, Programs Specialist/Law Assistant, ACDF,
HAL WARREN, County Attorney, Adams County,
ADAMS COUNTY SHERIFF'S OFFICE, COLORADO,
ADAMS COUNTY DETENTION FACILITY, COLORADO,
ADAMS COUNTY ATTORNEY'S OFFICE, COLORADO, and
each named individual person in their offical [sic] and individual capacities, and each
      separate named entity as a whole,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiffs leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 12th day of April 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02303-MSK-MJW

Raymond Anthony Lewis
Prisoner No.  05-12725
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO 80601

Akinyele Chatman
Prisoner No. 05-4194
Adams County Det. Facility
150 N. 19th Ave.
Brighton, CO 80601

US Marshal Service
Service Clerk
Service forms for: Doug Darr, Clinton Tweden, Melanie Gregory,
Sterritt Fuller, Candace Wuchter, Martha Ellis, Lorri Huff,
Hal Warren, Adams County Sheriff's Office, Adams County Detention Facility,
and Adams County Attorney's Office,


I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal Service for service of process on Doug Darr, Clinton Tweden, Melanie Gregory, Sterritt Fuller, Candace Wuchter, Martha Ellis, Lorri Huff, Hal Warren, Adams County Sheriff's Office, Adams County Detention Facility, and Adams County Attorney's Office: AMENDED COMPLAINT FILED 3/15/06, SUMMONS, AND CONSENT FORM on 4/14/06 .

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk