IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02303-MSK-MJW

RAYMOND ANTHONY LEWIS, on behalf of himself and the inmates who are or may in the future be incarcerated at the Adams County Detention Facility (ACDF), and
AKINYELE CHATMAN, a.k.a "A-1,"

      Plaintiffs,

v.

DOUG DARR, Sheriff of Adams County,
CLINTON TWEDEN, Sheriff's Lieutenant, Adams County,
MELANIE GREGORY, Technical Services Manager for Adams County Detention Facility-
    A.C.D.F.,
STERRITT FULLER, Programs Coordinator, ACDF,
CANDACE WUCHTER, Programs Specialist/Law Assistant, ACDF,
MARTHA ELLIS, Programs Specialist/Law Assistant, ACDF,
LORRI HUFF, Programs Specialist/Law Assistant, ACDF,
HAL WARREN, County Attorney, Adams County,
ADAMS COUNTY SHERIFF'S OFFICE, COLORADO,
ADAMS COUNTY DETENTION FACILITY, COLORADO,
ADAMS COUNTY ATTORNEY'S OFFICE, COLORADO, and
each named individual person in their offical [sic] and individual capacities, and each separate
    named entity as a whole,

      Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, within 30 days after judgment is entered or the case is dismissed, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

Case 1:05-cv-02303-MSK-MJW   Document 21   Filed 04/20/06   USDC Colorado   Page 2 of 2

Dated this 20th day of April, 2006

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge